UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD MARTIN,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
                                  /

No. 10-11979

District Judge Arthur J. Tarnow

Magistrate Judge R. Steven Whalen

**ORDER DENYING APPOINTMENT OF COUNSEL**

Before the Court is Plaintiff's Application for Appointment of Counsel [Docket #4].

Unlike criminal cases, there is no constitutional or statutory right to the appointment of counsel in civil cases. Rather, the Court requests members of the bar to assist in appropriate cases. In *Lavado v. Keohane*, 992 F.2d 601, 605-606 (6th Cir. 1993), the Sixth Circuit noted that "[a]ppointment of counsel in a civil case is not a constitutional right. It is a privilege that is justified only by exceptional circumstances." (Internal quotations and citations omitted).

In this case, Plaintiff has not shown exceptional circumstances that would merit the appointment of counsel. Accordingly, his Application for Appointment of Counsel [Docket #4] is DENIED.

       SO ORDERED.

-1-

                    S/R. Steven Whalen
                    R. STEVEN WHALEN
                    UNITED STATES MAGISTRATE JUDGE

Dated: June 2, 2010

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 2, 2010.

                    S/G. Wilson
                    Judicial Assistant